## Lillie A. Milligan, Appellee, v. Charles J. Milligan, Appellant.

### Gen. No. 22,841.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. GEORGE KERSTEN, Judge, presiding. Heard in this court at the October term, 1916. Reversed without remanding. Opinion filed June 11, 1917.

### Statement of the Case.

Bill for divorce by Lillie A. Milligan, complainant, against Charles J. Milligan, defendant. From an order for the payment of solicitor's fees and of alimony *pendente lite,* defendant appeals.

JOHN M. HESS, for appellant.

LONGENECKER & HEISE, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Sunshine Laundry Co. v. Rhodes Ave. Hospital, 207 Ill. App. 19.

## Abstract of the Decision.

DIVORCE, § 79*—*when decree reversed pro forma without remanding.* Where, after an appeal by defendant from an order for the payment of solicitor's fees and of alimony *pendente lite* is prayed and perfected, it is made to appear to the Appellate Court that a plea by defendant to the jurisdiction of the trial court, entered before the order appealed from was entered, was heard and sustained after the entry of such order, and the bill dismissed for lack of jurisdiction, the order of dismissal disposes of the order for fees and alimony, and the decree awarding them will be reversed pro forma but not remanded.